UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**SHELTER MUTUAL INSURANCE COMPANY**,

    **Plaintiff,**

v.

**STEVEN MCKINNEY and RYAN DALE KING,**

    **Defendants.**                  No. 11-cv-674-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Plaintiff's Motion for Summary Judgment entered on March 21, 2013, the Court finds that Shelter Mutual does not owe a duty to defend or indemnify defendant Steven McKinney in Ryan Dale King v. Steve McKinney in 2009-L-191 and defendants Steven McKinney and Ryan Dale King have no rights under the Policy issued by Shelter Mutual. Accordingly, this case is **DISMISSED** with prejudice.

                                              NANCY J. ROSENSTENGEL,
                                              **CLERK OF COURT**

                                              BY:     /s/*Sara Jennings*
                                                             **Deputy Clerk**

Dated: March 21, 2013

Digitally signed by David R. Herndon
Date: 2013.03.21 13:09:45 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT